

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| MASTER CAPITAL SOLUTIONS CORP., | § | |
| | § | |
| Appellant, | § | No. 08-13-00327-CV |
| | | Appeal from the |
| v. | § | |
| | § | County Court at Law No. 3 |
| SERGIO RENE SANCHEZ ARAUJO, LORENA ARMIDA BELTRAN JUAREZ, AND GRUPO PROMOTOR SETRESA S. DE RL. DE C.V., | § | of El Paso County, Texas |
| | § | |
| | § | (TC# 2012-DCV-06926) |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause for further proceedings, in accordance with this Court's opinion. We further order that Appellant recover from Appellees all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF JANUARY, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez and Hughes, JJ.